Dale Kotchka-Alanes
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: 702.949.8200
Fax:    702.949.8398
MKotchkaAlanes@LewisRoca.com

*Attorneys for Defendant TitleMax of Nevada, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALISIA COBO,

        Plaintiff,

    vs.

TITLEMAX OF NEVADA, INC.,

        Defendant.

Case No. 2:22-cv-01778-GMN-BNW

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)**

Defendant TitleMax of Nevada, Inc. ("TitleMax"), by counsel, requests that the Court extend the time it has to respond to Plaintiff's Complaint up to and including December 19, 2022. In support of this motion, TitleMax states:

1.    Plaintiff has filed a Complaint alleging violations the Telephone Consumer Protection Act, 47 U.S.C. § 227. (ECF No. 1.)

2.    Counsel for TitleMax needs additional time to investigate Plaintiff's allegations and to prepare an appropriate response to the Complaint. Additionally, the parties are exploring a resolution of this matter that could avoid the need for further litigation. Plaintiff's counsel has indicated he does not oppose TitleMax's request for additional time.

3.    This is TitleMax's first request for an extension of time. This motion is being filed in good faith and not for the purpose of delay or any other improper purpose and will not prejudice any party nor delay this matter further than necessary.

/ / /

/ / /

- 1 -

WHEREFORE, Defendant TitleMax of Nevada, Inc. respectfully requests that the Court extend the time it has to respond to Plaintiff's Complaint through December 19, 2022.

Submitted this 21st day of November, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Dale Kotchka-Alanes*
Dale Kotchka-Alanes
Nevada Bar No. 13168
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant TitleMax of Nevada, Inc.*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: November 23, 2022

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5, I certify that on this 21st day of November, 2022, I served the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)" through the United States District Court's CM/ECF filing system.

Michael Kind
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

George Haines
Gerardo Avalos
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

/s/  Jessie M. Helm
An employee of Lewis Roca
Rothgerber Christie LLP

- 3 -