Dale Kotchka-Alanes
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: 702.949.8200
Fax:    702.949.8398
MKotchkaAlanes@LewisRoca.com

*Attorneys for Defendant TitleMax of Nevada, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALISIA COBO,<br><br>                Plaintiff,<br><br>vs.<br><br>TITLEMAX OF NEVADA, INC.,<br><br>                Defendant. | Case No. 2:22-cv-01778-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Alisia Cobo ("Plaintiff'") and Defendant TitleMax of Nevada, Inc. ("TitleMax"), by counsel, hereby stipulate as follows:

        1.  Plaintiff has filed a Complaint alleging violations the Telephone Consumer Protection Act, 47 U.S.C. § 227. (ECF No. 1.)

        2.  TitleMax's response to the Complaint is currently due December 19, 2022. However, the parties are currently discussing the merits of the claims and exploring a resolution that could avoid the need for further litigation. Accordingly,

        3.  Accordingly, Plaintiff and TitleMax agree to extend the time TitleMax has to respond to the Complaint to and including January 16, 2023.

This is TitleMax's second request for an extension of time to respond to the Complaint. The first requested extension was granted.

119652129.1

Respectfully submitted this 18th day of December, 2022.

| KIND LAW | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: */s/ Michael Kind*<br>Michael Kind (NSBN 13903)<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br><br>*Attorney for Plaintiff Alisia Cobo* | By: */s/ Dale Kotchka-Alanes*<br>Dale Kotchka-Alanes<br>Nevada Bar No. 13168<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant TitleMax of Nevada, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 19, 2022

119652129.1