Dale Kotchka-Alanes
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: 702.949.8200
Fax: 702.949.8398
MKotchkaAlanes@LewisRoca.com

*Attorneys for Defendant TitleMax of Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALISIA COBO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TITLEMAX OF NEVADA, INC.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01778-GMN-BNW<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

　　　　Defendant TitleMax of Nevada, Inc. ("TitleMax"), by counsel, requests that the Court extend the time it has to respond to Plaintiff's Complaint up to and including February 15, 2023. In support of this motion, TitleMax states:

　　　　1.　Plaintiff filed a Complaint alleging violations the Telephone Consumer Protection Act, 47 U.S.C. § 227. (ECF No. 1.)

　　　　2.　TitleMax's response to the Complaint is currently due January 16, 2023. However, the parties are currently discussing the merits of the claims, exploring a resolution that could avoid the need for further litigation and TitleMax needs additional time to consider Plaintiff's proposed resolution.

　　　　3.　Accordingly, TitleMax requests that the Court to extend the time it has to respond to the Complaint to and including February 15, 2023.

　　　　4.　On January 17, 2023, the Court denied TitleMax's previous motion without prejudice and directed that the motion should indicate if Plaintiff has any objection to the requested extension. (ECF No. 13.) Counsel for TitleMax was unable to reach Plaintiff's counsel prior to

119652129.1

filing the original motion, but counsel for TitleMax has since conferred with Plaintiff's counsel regarding this motion and Plaintiff has no objection to the requested extension.

5.    This is TitleMax's third request for an extension of time to respond to the Complaint.

WHEREFORE, Defendant TitleMax of Nevada, Inc. respectfully requests that the Court extend the time it has to respond to Plaintiff's Complaint through February 15, 2023

Respectfully submitted this 19th day of January, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Dale Kotchka-Alanes*
Dale Kotchka-Alanes
Nevada Bar No. 13168
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant TitleMax of Nevada, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 20, 2023

119652129.1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5, I certify that on this 19th day of January, 2023, I served the foregoing "Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (Third Request)" through the United States District Court's CM/ECF filing system.

| | |
|---|---|
| Michael Kind | George Haines |
| KIND LAW | Gerardo Avalos |
| 8860 South Maryland Parkway, Suite 106 | FREEDOM LAW FIRM |
| Las Vegas, Nevada 89123 | 8985 S. Eastern Avenue, Suite 350 |
| | Las Vegas, Nevada 89123 |

*Attorneys for Plaintiff*

/s/ Luz Horvath
An employee of Lewis Roca Rothgerber Christie LLP

119652129.1