Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Alisia Cobo*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Alisia Cobo,<br>           Plaintiff,<br>  v.<br><br>TitleMax of Nevada, Inc.,<br>           Defendant. | Case No.: 2:22-cv-01778-JCM-BNW<br><br>**Stipulation for dismissal of TitleMax of Nevada, Inc. with prejudice** |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Alisia Cobo and TitleMax of Nevada, Inc. stipulate to dismiss Plaintiff's claims against TitleMax of Nevada, Inc. with prejudice.

     Each party will bear its own costs, disbursements, and attorney fees.

     Dated: April 19, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Alisia Cobo*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ Malani Dale Kotchka-Alanes
Malani Dale Kotchka-Alanes, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Counsel for TitleMax of Nevada, Inc*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED    May 2, 2023

STIPULATION     2